## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY EUGENE SEGRAVES, | : | Civil No. 3:17-cv-0084 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| B. SMITH, SUPERINTENDENT, PA. SCI HOUTZDALE, PA STATE ATTORNEY GENERAL, | : | |
| Respondents | : | |

### ORDER[1]

**AND NOW, THIS 24th DAY OF APRIL 2020,** upon consideration of the petition for writ of habeas pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is DENIED.

2. There is no basis for the issuance of a certificate of appealability, *see* 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to CLOSE this case.

__s/ Robert D. Mariani_____
Robert D. Mariani
United States District Judge

---

[1] This matter has been reassigned to the undersigned upon the death of the Honorable James M. Munley.